# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **DEREK NICHOLAS SNOW,** **#331624,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 2:25-cv-968-BL-CWB |
| **OFFICER SPANN, et al.,** | ) ) ) |
| Defendants. | ) |

## ORDER

The court now has received Plaintiff's inmate account statement. (*See* Docs. 4 & 6). Accordingly, it is hereby **ORDERED** that the pending Recommendation of the Magistrate Judge (Doc. 5) is **WITHDRAWN**.

**DONE** this the 26th day of January 2026.

_____
**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**